UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:  ) | BK No.: | 15-27689 |
| Anthony Wallace  ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol Doyle | |
| ) | | |
| ) | | |
| Debtor(s)  ) | | |

## Order Modifying Plan

THIS CAUSE coming on to be heard on the motion of the Debtor, due notice having been given and the Court being fully advised, it is hereby

ORDERED that the remaining balance of the plan Section E5(a) mortgage arrears is reduced to ZERO, the pre-petition default is deemed CURED, and the standing trustee shall make no further payments to NationStar Mortgage, LLC as of the effective date of this order. IT IS FURTHER

ORDERED that the trustee need not recovery any amounts paid to any creditor prior to entry of this order.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 17, 2016

**Prepared by:**

Scott J. Kofkin
Attorney for the Debtor
675 E Irving Park Rd, Ste 104
Roselle, Illinois  60172-2348
630-539-4600